UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Complaints Charging 70 Current and Former NYCHA Employees.

**ORDER**

Upon the application of the United States of America dated February 5, 2024, IT IS HEREBY ORDERED THAT the Clerk of Court is respectfully directed (1) to unseal the complaints in each of the cases listed in Exhibit A to the Government's February 5, 2024 letter and file them on the public docket, and (2) to file this Order and the Government's February 5, 2024 letter and its three Exhibits on the public docket of each of those cases.

SO ORDERED.

Dated: New York, New York
       February 6, 2024

_____
SARAH NETBURN
United States Magistrate Judge